**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

| | |
|---|---|
| **DALLAS BEARD,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. |
| **BAUM'S SUPER MARKET, INC.,** | ) ) ) |
| Defendant. | ) 3:10-cv-181-RLY-WGH ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Dallas Beard ("Beard"), by counsel, brings this action against Defendant, Sav-U-Mor IGA ("Defendant") alleging violations and the Americans with Disabilities Act ("ADA"), as amended, 42 U.S.C. §12101 et. Seq.

### II. PARTIES

2. Beard is a resident of the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant is a business entity which at all relevant times maintained offices and conducted business within the geographical boundaries of the Southern District of Indiana.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 42 U.S.C. § 12117, and 28 U.S.C. §1331.

5. Defendant is an "employer" as that term is defined by 42 U.S.C. § 12111(5)(A).

6. Beard was an employee as that term is defined by 42 U.S.C. § 12102(c)(2).

7. Beard is a qualified individual with a disability as that term is defined by 42 U.S.C. §12102(c)(2). At all relevant times, Beard was a qualified individual with a disability, Defendant perceived Beard as being disabled as defined by the ADA, and/or Beard had a record of being disabled.

8. Beard satisfied his obligation to exhaust her administrative remedies having timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") alleging unlawful discrimination. Beard received a notice of suit rights and files the instant matter within ninety (90) days of receipt thereof.

9. All events, transactions, and occurrences giving rise to this lawsuit arose within the geographical environs of the Southern District of Indiana. Thus, venue is proper in this Court.

### IV. FACTUAL ALLEGATIONS

10. Beard began his employment with Defendant on or about June 19, 2009 in the meat department.

11. During the interviewing process, it was readily apparent that Beard is permanently disabled. In fact, Beard advised that the only accommodation he would require to perform the duties of the job was a shopping cart to help him get along.

12. Beard appeared at work on June 20, 2009, to work as scheduled. He slipped and fell once and had various run-ins with the owner's son, Andy Watkins.

13. Mr. Watkins was hostile to Beard. In particular, he commented about Beard's disability (comparing him to his special disabilities child), told him that he could not believe that his dad hired him, that he was too high maintenance, and told him to go home.

14. Shortly thereafter, Beard spoke to Lou Watkins, the owner, who told him things

weren't going to work out.

15. Defendant terminated Beard's employment on June 20, 2009.

16. Beard was harmed by Defendant's conduct.

## V. CAUSES OF ACTION

### COUNT I: DISABILITY DISCRIMINATION

17. Beard hereby incorporates paragraphs one (1) through sixteen (16) of her Complaint.

18. Defendant unlawfully discriminated against Beard because she was disabled and/or Defendant regarded her as being disabled and/or Beard had a record of being disabled.

19. Similarly-situated employees who were not disabled were treated more favorably in the terms, privileges, and conditions of their employment.

20. Defendant's actions were intentional, willful and in reckless disregard of Beard' rights as established by the ADA.

21. Beard suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Dallas Beard, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1. Payment to Beard of all lost wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

2. Reinstate Beard to the position that he would have enjoyed but for Defendant's unlawful actions; and/or payment to Beard of front pay in lieu thereof;

3. Compensatory damages for Defendant's violation of the ADA.

4. Punitive damages for Defendant's violation of the ADA;

5. Payment to Beard of pre- and post- judgment interest;

6. Payment to Beard of all costs and attorneys fees incurred in this litigation; and

7. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLP

By: _____

Kyle F. Biesecker, Attorney No. 24095-49
Christopher S. Wolcott, Attorney No. 23259-32
411 Main Street
Evansville, IN 47708
Telephone:   (812) 424-1000
Facsimile:    (812) 424-1005
Email:          kfb@bdlegal.com
                    cwolcott@bdlegal.com
Attorneys for Plaintiff, Dallas Beard


## DEMAND FOR JURY TRIAL

Plaintiff, Dallas Beard, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLP

By: _____

Kyle F. Biesecker, Attorney No. 24095-49
Christopher S. Wolcott, Attorney No. 23259-32
411 Main Street
Evansville, IN 47708
Telephone:   (812) 424-1000
Facsimile:    (812) 424-1005
Email:          kfb@bdlegal.com
                    cwolcott@bdlegal.com
Attorneys for Plaintiff, Dallas Beard