UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DALLAS BEARD, | ) |
| Plaintiff, | ) ) |
| vs. | ) 3:10-cv-181-RLY-WGH |
| WATKINS CORPORATION, | ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL

This cause came before the court upon the parties' Stipulation of Dismissal and the court having considered said stipulation and being duly advised in the premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** That this cause be dismissed with prejudice, each party shall bear its own costs, including attorneys' fees.

**SO ORDERED** this 22nd day of November 2011.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies:

Kyle Frederick Biesecker
BIESECKER DUTKANYCH & MACER, LLC
kfb@bdlegal.com

Christopher S. Wolcott
BIESECKER DUTKANYCH & MACER, LLC
cwolcott@bdlegal.com

Patricia K. Woodring
TERRELL, BAUGH, SALMON & BORN, LLP
Pwoodring@tbsblaw.com